19-3506-bk(L)
In Re: AMR Corp.

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of February, two thousand twenty-one.

PRESENT:   AMALYA L. KEARSE,
           PIERRE N. LEVAL,
           RAYMOND J. LOHIER, JR.,
                *Circuit Judges*.

------------------------------------------------------------------

IN RE: AMR CORPORATION,

           *Debtor*.

------------------------------------------------------------------

JOHN KRAKOWSKI, KEVIN HORNER, M. ALICIA SIKES,

           *Plaintiffs-Appellants*,

v.                  No. 19-3506(L),
No. 19-4378(CON)

ALLIED PILOTS ASSOCIATION, AMERICAN
AIRLINES, INC.,

*Defendants-Appellees*.

-----------------------------------------------------------------

| | |
|---|---|
| FOR PLAINTIFFS-APPELLANTS: | ALLEN P. PRESS, Jacobson Press P.C., St. Louis, MO |
| FOR DEFENDANT-APPELLEE AMERICAN AIRLINES, INC. | MARK WAYNE ROBERTSON, (Sloane Ackerman, *on the brief*), O'Melveny & Myers LLP, New York, NY; Robert Alan Siegel, O'Melveny & Myers LLP, Los Angeles, CA |
| FOR DEFENDANT-APPELLEE ALLIED PILOTS ASSOCIATION | Steven K. Hoffman, (Daniel M. Rosenthal, *on the brief*), James & Hoffman, P.C., Washington, DC |

Appeal from judgments of the United States District Court for the

Southern District of New York (Lewis A. Kaplan, *Judge*, and Kimba Wood, *Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,

AND DECREED that the judgments of the District Court are AFFIRMED.

2

The Plaintiffs-Appellants are pilots formerly employed by Trans World Airlines, Inc. ("TWA") and now employed by American Airlines, Inc. They appeal from both an October 2, 2019 judgment of the District Court (Kaplan, J.) and a December 18, 2019 judgment of the District Court (Wood, J.). Each judgment affirmed orders entered by the United States Bankruptcy Court for the Southern District of New York (Lane, B.J.) granting summary judgment in favor of Allied Pilots Association ("APA") and American Airlines on some claims and dismissing all other claims on a motion to dismiss. The Plaintiffs-Appellants claimed that APA, the union representing all American Airlines pilots, including legacy TWA pilots, breached its duty of fair representation, and that American Airlines colluded in that breach. We assume the parties' familiarity with the underlying facts and prior record of proceedings, to which we refer only as necessary to explain our decision.

We affirm the dismissals of the Plaintiffs-Appellants' claims against APA and American Airlines for substantially the reasons stated (a) by the Bankruptcy Court in its opinions and orders entered June 3, 2014, September 3, 2015, September 22, 2015, April 14, 2017, and June 12, 2018, (b) by Judge Kaplan in his

opinion and order dated October 2, 2019, and (c) by Judge Wood in her opinion and order dated December 17, 2019.

We have considered the Plaintiffs-Appellants' remaining arguments and conclude that they are without merit.  For the foregoing reasons, the judgments of the District Court are AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

4